PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

CIERA CONNER, )
) CASE NO.  5:21-CV-1064
        Plaintiff, )
)
        v. ) JUDGE BENITA Y. PEARSON
)
PRUDENTIAL INSURANCE COMPANY )
OF AMERICA, )
) **ORDER OF DISMISSAL**
        Defendant. )

The parties have submitted a Proposed Stipulation of Dismissal with Prejudice (ECF No. 17).  The Court approves the parties' stipulation and dismisses the case with prejudice.

IT IS SO ORDERED.

September 17, 2021
Date

*/s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge